Case 7:21-cv-00452-MFU-RSB   Document 54   Filed 04/19/23   Page 1 of 3
Pageid#: 447

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

APR 19 2023

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

WANDA MOORE, )
 )
    Plaintiff, )
 )
v. ) Case No. 7:21cv452
 )
SAFEHOME SYSTEMS, INC., )
 )
    Defendant. )

## JOINT STIPULATION OF DISMISSAL

Plaintiff *pro se* Wanda Moore, and Defendant Safehome Systems, Inc., by counsel, hereby **AGREE AND STIPULATE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-captioned action shall be and hereby is dismissed with prejudice, each party to bear their own costs.

DATED: April 14, 2023

Respectfully Submitted,

*/s/ Wanda Moore*
Wanda Moore
331 E. Hawthorne Street
Covington, VA 24426
Phone: 540-691-5248
Email: Wandamoore83@gmail.com
*Plaintiff pro se*


SAFEHOME SYSTEMS, INC.

*/s/ Jeremy E. Carroll*
Jeremy E. Carroll (VSB #41330)
Julian F. Harf (VSB #90775)
GUYNN, WADDELL, CARROLL AND LOCKABY, P.C.
415 S. College Avenue
Salem, Virginia 24153

1

Phone: 540-387-2320
Fax:    540-389-2350
jeremyc@guynnwaddell.com
julianh@guynnwaddell.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, I served the foregoing by personally delivering a true and correct copy of the same to:

Jeremy E. Carroll
Julian F. Harf
GUYNN, WADDELL, CARROLL AND LOCKABY, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
jeremyc@guynnwaddell.com
*Counsel for Defendant*

Wanda Moore
*Plaintiff pro se*

**GuynnWaddell
Carroll&Lockaby**

415 S College Ave. Salem, VA 24153
540.387.2320 · guynnwaddell.com



GREENSBORO NC 270
17 APR 2023 PM

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.60⁰
02 1P
0002773152  APR 14 2023
MAILED FROM ZIP CODE 24153

Laura A. Austin, Clerk
United States District Court
210 Franklin Road, S.W.
Suite 540
Roanoke, VA  24011

24011-220840